# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARISSA LEWIS, *on behalf of herself and all others similarly situated*,<br><br>                                    Plaintiff,<br>   vs.<br><br>COMENITY, LLC,<br><br>                                    Defendant. | CASE NO. 14cv1934-MMA (BGS)<br><br>**ORDER RE: NOTICE OF SETTLEMENT**<br><br>[Doc. No. 15] |

The parties have jointly filed a Notice of Settlement, indicating they have agreed to settle the above-captioned action in its entirety. *See* Doc. No. 15. The parties further request that the Court vacate all pending dates before the Court. In light of the Notice of Settlement, the Court **DENIES as moot** Defendants' motion to stay or dismiss Plaintiff's Complaint pursuant to the first-to-file rule and Defendant's request for judicial notice. *See* Doc. No. 13, 14. The parties shall file a joint motion to dismiss within ***forty-five (45) days*** of the date of this Order.

**IT IS SO ORDERED.**

DATED: November 17, 2014

*/s/ Michael M. Anello*
Hon. Michael M. Anello
United States District Judge