**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone:(619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARISSA LEWIS, on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMENITY, LLC and COMENITY BANK<br><br>Defendant. | Case No.: 3:14-cv-01934-MMA-BGS<br><br>**JOINT MOTION FOR DISMISSAL OF PLAINTIFF'S CASE PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

**TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff CHARISSA LEWIS, an Individual ("Plaintiff"), through her counsel of record, Ronald A. Marron of the Law Offices of Ronald A. Marron, and Defendants COMENITY, LLC and COMENITY BANK ("Defendants"), through their counsel of record, David J. Kaminski of Carlson & Messer LLP, hereby file this Joint Motion for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). This action shall be, and is dismissed WITH PREJUDICE as to all individual claims asserted by Plaintiff against Defendants, and WITHOUT PREJUDICE as to the class action claims asserted in the lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party to bear their own costs and fees.

DATED: January 23, 2015          **LAW OFFICES OF RONALD A. MARRON**

                                         By:   */s/ Ronald A. Marron*
                                                    RONALD A. MARRON
                                                    Attorneys for Plaintiff,
                                                    CHARISSA LEWIS

DATED: January 23, 2015          **CARLSON & MESSER LLP**

                                         By:   */s/ David J. Kaminski*
                                                    DAVID J. KAMINSKI
                                                    Attorneys for Defendants,
                                                    COMENITY, LLC and COMENITY BANK

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to David J. Kaminski, counsel for Defendants, and that I have obtained his authorization to affix his electronic signature to this document.

DATED: January 23, 2015        **LAW OFFICES OF RONALD A. MARRON**

                              By:   */s/ Ronald A. Marron*
                                    RONALD A. MARRON
                                    Attorneys for Plaintiff,
                                    CHARISSA LEWIS