**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARISSA LEWIS, on behalf of herself, and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　v.<br>COMENITY, LLC and COMENITY BANK<br><br>　　　　　　　Defendant. | Case No.: 3:14-cv-01934-MMA-BGS<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL**<br><br>[Doc. No. 19] |

　　The parties jointly move to dismiss the above-captioned case pursuant to Federal Rule of Civil Procedure 41.  *See* Doc. No. 19.  Having considered the joint motion, and for good cause appearing, the Court **GRANTS** the parties' Joint Motion and **ORDERS** as follows: the action is dismissed with prejudice as to Plaintiff Charissa Lewis, and dismissed without prejudice as to the putative class members. Each party shall bear their respective attorneys' fees and costs.

　　The Clerk of Court shall close this case.

　　**IT IS SO ORDERED.**

DATED:  January 23, 2015　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Michael M. Anello
　　　　　　　　　　　　　　　　　　　United States District Judge

1